# Court of Appeals
# of the State of Georgia

ATLANTA,__March 29, 2022_____

*The Court of Appeals hereby passes the following order:*

**A22A0890. CRANDALL O. POSTELL v. ESTATE OF JACK WILLIAMS.**

The appellant in this case failed to comply with the notice of docketing mailed by this Court and with Court of Appeals Rule 23 (a), regarding the filing of an enumeration of errors and brief within twenty days after the appeal was docketed. See also Court of Appeals Rule 13.

On February 16, 2022, the appellant filed "appellant's motion for extension of time for filing appellant's brief" and requested an extension of ninety (90) days in which to file his brief, making the brief due May 17, 2022. After consideration, appellant's request was denied. However, the Court granted appellant an extension of time to file his brief no later than 20 days from February 17, 2022, making the brief due on March 9, 2022.

On March 14, 2022, this Court ordered the appellant to file an enumeration of errors and a brief no later than March 24, 2022. As of the date of this order, the appellant's enumeration of errors and brief still have not been filed. Accordingly, this appeal is deemed abandoned and is hereby ordered DISMISSED. Court of Appeals Rules 7, 23 (a).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__03/29/2022_____*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____, Clerk.*